UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ELAINE S WENDEL                              :

                Plaintiff,            :        Civil Action No. 15-cv-00936

             -v-                      :

MULLOOLY, JEFFREY, ROONEY &
FLYNN, LLP
             Defendant.         :
_____

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO HOLD DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT IN ABEYAHNCE

      Defendant has filed a motion to dismiss Plaintiff's original complaint.  (Dkt#7).  Plaintiff will be filing a motion to amend its complaint by midnight on December 28, 2015.  If granted, this would obviously moot the issue of whether Plaintiff's first amended complaint withstands scrutiny under Rule 12(b)(6).  As such, Plaintiff respectfully asks that this court hold Defendant's motion to dismiss in abeyance, pending resolution of Plaintiff's motion to amend out of an interest in judicial economy. *See Indergit v. Rite Aid Corp*., 52 F.Supp.3d 522, 525-26 (S.D.N.Y.,2014) (noting that the Second Circuit has held that holding a motion in abeyance is appropriate where resolving another issue in the first instance will necessarily inform, and perhaps moot the analysis of the motion) (*citing The Author's Guild, Inc. v. Google, Inc*., 52 F.Supp.2d 522, 425-526

DATED:  December 28, 2015               /s/ Timothy Hiller
                                      Timothy Hiller
                                      Law Offices of Kenneth Hiller, PLLC
                                      Attorneys for Plaintiff
                                      6000 N. Bailey Avenue, Suite 1A
                                      Amherst, New York 14226
                                      (716) 564-3288
                                      thiller@kennethhiller.com