UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ELAINE S WENDEL,

                              Plaintiff,

      v.                                          Civil Action No. 1:15-cv-00936-JTC

MULLOOLY, JEFFREY, ROONEY
& FLYNN, LLP.,

                              Defendant.
_____

## NOTICE OF MOTION TO AMEND PLAINTIFF'S COMPLAINT AND JOIN RICHARD G. SCHNEIDER AS PLAINTIFF

       Please take notice that based on the annexed affirmation of Seth J. Andrews, Esq., along with  all of the annexed documents and exhibits (Proposed First Amended Complaint with Exhibits, "redlined" version of proposed First Amended Complaint and ), the annexed memorandum of law, and upon all of the pleadings made up to this point, Plaintiff will move this court, on a date and time of its choosing, to enter an order permitting Plaintiff to amend its complaint to add Richard G. Schneider as a Plaintiff and to serve the proposed amended complaint on Defendant.  To the extent that Defendant opposes Plaintiff's motion, Plaintiff requests permission to file a reply brief.

                                            Respectfully Submitted,

Dated: December 28, 2015

                                            /s/ Seth J. Andrews_____  _____
                                            Seth J. Andrews, Esq.
                                            Kenneth R. Hiller, Esq.
                                            Law Offices of Kenneth Hiller, PLLC
                                            *Attorneys for the Plaintiff*
                                            6000 North Bailey Ave., Suite 1A
                                            Amherst, NY 14226
                                            (716) 564-3288
                                            Email:  sandrews@kennethhiller.com
                                                khiller@kennethhiller.com