SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

_____

BANK OF AMERICA, N.A.

                        Plaintiff,        ANSWER

-vs-

                                        Index No. 802982/2015

ELAINE S WENDEL,

                        Defendant.
_____

       Defendant Elaine S. Wendel for her answer to the complaint of the Plaintiff, alleges as follows:

1. Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 1 Plaintiff's complaint.

2. Defendant admits the allegations contained in paragraph 2 of Plaintiff's complaint.

3. Defendant denies the allegations contained in paragraphs 3, 4, 5, and 6, of Plaintiff's complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

4. That Plaintiff fails to state a cause of action for which relief can be granted

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

5. That Plaintiff never mailed Defendant a written notice of default as required by the parties agreement as a condition precedent to filing of any lawsuit in this matter.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

6. That the instrument or writing upon which the Plaintiff's claims in this case are based do not satisfy the statute of frauds.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

7. That this action was filed after the expiration of the applicable statute of limitations and must, therefore, be dismissed.

FILED
ACTIONS & PROCEEDINGS
APR 08 2015
ERIE COUNTY
CLERK'S OFFICE

RCVD BY MJR
APR - 9 2015

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:**

8. Plaintiff has not identified the account that the Defendant has allegedly defaulted on

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:**

9. Plaintiff has not alleged the date of default for the account in question.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:**

10. Plaintiff lacks standing to bring this lawsuit against the Defendant.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:**

11. Plaintiff's action is barred by the doctrine of unclean hands.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:**

12. All causes of action alleged in the Complaint are barred by the doctrine of laches.

WHEREFORE, Defendant respectfully requests that judgment be entered against the Plaintiff:

(a) Dismissing this action with prejudice.

(b) Granting Defendant the costs and disbursements of this action.

(c) Granting Defendant her reasonable attorney's fees pursuant to New York General Obligations Law §5-327(2).

(d) For such other and further relief as may be just and proper.

DATED: April 6, 2015

Elaine S. Wendel
260 Westfield Rd
Amherst NY. 14226
716 842 0280

To Mullooly, Jeffrey, Rooney & Flynn
6851 Jerricho TRKE P.O. Box 9036
Syosset NY. 11791-9036
516 656 5300

RCVD By MJRF
APR - 9 2015

## VERIFICATION

_Elaines Wendel_, being duly sworn, deposes and says:
(Insert your name)

I am the defendant. I have read the above answer and know the contents of it. The same are true to my knowledge, except as to matters stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contentions therein are not frivolous as defined in subsection © of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

_Elaine S. Wendel_
(Sign your name in the presence of a Notary Public)

_Elaine Wendel_
(Print your name)

_260 Westfield Rd_
(Your address)

_Amherst NY, 14226_
(Your city, state, zip code)

_716 862 0280_
(Your telephone number)

Sworn to before me this
_6_ day of _April_, 20_15_.

_[signature]_
Notary Public

DAVID G. HENRY
Notary Public, State Of New York
Qualified In Erie County
My Commission Expires July 14, 20_15_

RCVD By [illegible]
APR - 9 2015

## NOTICE OF HARD COPY SUBMISSION - - E-FILED CASE
(This Form Must be Annexed to Hard Copy Submissions in E-Filed Cases)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF __Erie__

---------------------------------------------------------------x
BANK OF AMERICA, N.A.

                              Plaintiff,

-vs-                                                         Index No. __802982/2015__

ELAINE S WENDEL,

                              Defendant.     indicate the reason for hard copy submission by checking

### Non-Participating Parties

__The attached is a court original unless and until uploaded to NYSCEF.__

[ ] In a consensual case, I am authorized to and have served on all other parties a declination of consent to e-filing on behalf of my client, a party to the case, or, if self-represented, myself.

[X] In a mandatory case, I am exempt from the requirement to e-file because I have filed with the court the exemption form required by the Rules or the court has granted my application upon good cause shown.

### Participating Parties

__Submissions Requiring Subsequent E-Filing (parties responsible for upload to NYSCEF)__

[ ] As allowed by court protocol/procedure, I am submitting a __proposed order to show cause and supporting papers seeking a TRO__, together with the required showing pursuant to Uniform Rule 202.7(f) and/or Commercial Division Rule 20 demonstrating significant prejudice to the applicant from the giving of notice. If these documents are served in hard copy only, I shall e-file these documents within 3 business days after service.

[ ] I am authorized to file this document in hard copy pursuant to an __emergency exception__ and am submitting the explanatory affirmation/affidavit required by the E-Filing Rules. I shall, as required by the Rules, e-file these documents within 3 business days.

[ ] I am authorized to file this document in hard copy because of a __technical failure__ on the e-filing site as defined in the E-Filing Rules. I shall, as required by the Rules, e-file these documents within 3 business days after restoration of normal operations at the site.

[ ] I am submitting an __ex parte application__ pursuant to statute _____. If these documents are served in hard copy only, I shall, as required by the E-Filing Rules, e-file these documents within 3 business days after service.

__Special Applications/Documents (parties may be responsible for upload to NYSCEF)__

[ ] I am applying for an order   __sealing__ / __limiting access__ to document(s) and I am submitting the application in hard copy form, as permitted by court protocol/procedure.

[ ] I am submitting documents for __in camera review__.

[ ] I am filing an exhibit that cannot be e-filed (Rule 202.5-b(d)(6)).

Dated: __April 6, 2015__                __260 Westfield Rd__ (Address)

__[signature]__ (Signature)                __Amherst NY 14226__

__Elaine S Wendel__ (Name)              __716 862 0280__ (Phone)

_____ (Firm Name)         _____ (E-Mail)

RCVD By MJR
APR - 9 2015

6/20/13

EFM - 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Erie

BANK OF AMERICA, N.A.

                                      Plaintiff,

-vs-                                                          Index No. 802482/2015

ELAINE S WENDEL,

                                      Defendant.

**NOTICE OF OPT-OUT FROM PARTICIPATION
IN ACTION SUBJECT TO MANDATORY ELECTRONIC FILING**

      Pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts, I hereby opt out of participation in electronic filing in this mandatory e-filed case.

For Attorneys (or authorized representatives):

      I certify in good faith that I am unable to participate in mandatory electronic filing of documents in this case on behalf of my client, _____, because [place your initials in the applicable space]:

____ I lack [check off the applicable box]:

           The necessary computer hardware

           a connection to the internet

           a scanner or other device by which documents may be converted to an electronic format

____ I lack the knowledge regarding operation of computers and/or scanners needed to participate in electronic filing of documents in this case and no employee of mine or of my firm, office or business who is subject to my direction possesses such knowledge.

For Self-Represented Litigants [place your initials in the space below]:

X   I choose not to participate in electronic filing of documents in this case.

Dated: April 6 2015    Elaine S Wendel (Signature)
                                       Elaine S Wendel (Name)
                                         _____ (Firm Name)
                                         260 Westfield Rd (Address)
                                         Amherst NY 14226 (Phone)
                                         716 862 0280

This form must be signed. All contact information must be provided, including the address at which hard-copy documents in this case should be served.

12/9/11

RCVD By MJR
APR - 9 2015