Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ELAINE S. WENDEL | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 15-CV-936-C |
| v. | |
| MULLOOLY, JEFFREY, ROONEY AND FLYNN, LLP | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the Defendant's motion to dismiss is granted. The complaint is dismissed.

Date: April 7, 2016          MARY C. LOEWENGUTH
                             CLERK OF COURT

                             By: s/Kim McMillan
                                 Deputy Clerk