UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ELAINE S. WENDEL, | : |
| Plaintiff, | : 1:15-cv-00936-JTC |
| v. | : NOTICE OF APPEAL |
| MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP., | : |
| | : |
| Defendants. | |

_____:

    Notice is hereby given that Elaine S. Wendel, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of this Court entered the 6th day of March, 2016, and the Judgment entered in this action on the 7th day of April, 2016, both of which granted defendants' motion to dismiss the complaint, and denied plaintiff's motion to amend the complaint.

Dated: May 6, 2016

                                                                s/Kenneth R. Hiller_____
                                                                Kenneth R. Hiller, Esq.
                                                                Law Offices of Kenneth Hiller PLLC
                                                                *Attorneys for Plaintiff Christopher McCrobie*
                                                               6000 North Bailey Avenue, Suite 1A
                                                                Amherst, New York 14226
                                                               (716)564-3288
                                                                Email: khiller@kennethhiller.com