UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ELAINE S. WENDEL,
           Plaintiff

                15-CV-936
                USCA: Enter USCA #

    -v-
                **CLERK'S CERTIFICATE /
                INDEX**

MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP
           Defendants
_____

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

      Docket No. **All Documents Electronically Filed**

      Upon your request, we will make the above documents available to you.


                MARY C. LOEWENGUTH
                Clerk of Court
                United States District Court


                By: s/ Kim McMillan
                Deputy Clerk


DATED:    June 2, 2016
            Buffalo, NY