UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ELAINE S. WENDEL,

                            Plaintiff,

v.                                             Civil Action No. 15-cv-936

FIRSTSOURCE ADVANTAGE, LLC,

                            Defendant.

---

## INDEX TO RECORD ON APPEAL

Elaine S. Wendel, by her attorneys, Seth J. Andrews, Esq. and the Law Offices of Kenneth Hiller PLLC, hereby submits the following documents for the inclusion in the record on appeal.

| Document | District Court Docket No. |
|---|---|
| 1. Plaintiff's Complaint filed October 29, 2015 | 1 |
| 2. Plaintiff's Summons Returned Executed filed October 29, 2015 | 3 |
| 3. Motion to Dismiss filed December 3, 2015 | 7 |
| 4. Motion to hold Motion to Dismiss in Abeyance filed December 28, 2015 | 10 |
| 5. Motion to Amend/Correct the Complaint filed December 28, 2015 | 11 |
| 6. Memorandum in Opposition to Motion to Amend/Correct the the Complaint filed February 1, 2016 | 13 |
| 7. Decision and Order filed April 7, 2016 | 14 |
| 8. Judgment filed April 7, 2016 | 15 |

9. Notice of Appeal filed May 6, 2016      16

Dated: May 31, 2016

                     s/Seth Andrews
                     Seth Andrews, Esq.
                     Law Offices of Kenneth Hiller
                     *Attorneys for Plaintiff*
                     6000 North Bailey Ave., Suite 1A
                     Amherst, New York 14226
                     (716) 564-3288
                     Email: sandrews@kennethhiller.com